

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EWS
F. #2022R00289

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2024

By E-Mail and USAFx

Michael Robotti
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, New York 10019

        Re:    United States v. Joseph Elias
                  Criminal Docket No. 22-317 (LDH)

Dear Mr. Robotti:

        Enclosed please find the government's production of discovery, which bears Bates numbers ELIAS000776 through ELIAS000788, in connection with the restitution in this case.

                                Very truly yours,

                                BREON PEACE
                                United States Attorney

                By:    /s/ Eric Silverberg
                                Eric Silverberg
                                Assistant U.S. Attorney
                                (718) 254-6365

Enclosures