# EXHIBIT A

**Robotti, Michael**

---

**Subject:** FW: Update on reports of maggots in food at MDC

**From:** Deirdre von Dornum <Deirdre_vonDornum@fd.org>
**Date:** April 4, 2024 at 10:25:35 PM EDT
**To:** CJA Group Email <fdny-cja@googlegroups.com>
**Subject: Update on reports of maggots in food at MDC**

Thanks to everyone for helping to collect information on clients in MDC being served food with bugs in it. This is very disturbing, particularly because it has continued even after court filings and press reports. As recently as Wednesday, April 3, a detainee on unit 43 reported there being maggots in his food served the evening before (April 2).

We have heard from at least 8 different detainees in SHU and 2 people on unit 43 that, over the last three weeks, they have repeatedly been served meat (sloppy joes and shredded chicken) and beans (both black beans and chickpeas) with maggots in them. The clients have specifically described seeing "white worms" in the meat and beans. I have shared several of these reports with the government and MDC, including the most recent report from Tuesday April 2. The government has said they are looking into it. Please continue to send me information if you hear this is an ongoing problem.

Just as an example, here is one detailed report we received on April 1, describing maggots being in the food on March 31.

----------------------

I visited XX in the SHU today and asked about his food. Below are some details I collected. Happy to discuss if you have any questions.

- Have seen maggots in his food for the last two weeks. Will appear about every other day. Whenever there are beans, chickpeas, those types of things.
    o Will be mixed into the food. Visible. A lot of them in there. Too many to pick out.
    o Can see them immediately, especially in the black beans because the color is so different. Blend more in the chickpeas.
    o Are dead. Have been cooked.
- XX will eat them because he does not want to go hungry and considers them to be "protein" – tries not to look too closely or think too much about it, doesn't think it is going to change.

1

- XX has complained and heard others complain. Some people have taken the maggots out of the food and stuck them on their doors to show guards.

    - People from kitchen do walks through the SHU. Persons in the SHU complained about the maggots. The response was that they should "write it up."

        - Nothing changed following complaints.

    - XX also said that people from "central office" have been visiting the facility frequently, including the SHU. They came last Friday and were informed about the maggot issue. But then, on Sunday (yesterday), persons in the SHU were again served black beans with maggots in them.